COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MARRS AND SMITH PARTNERSHIP and RICKEY SMITH, | § § | |
| Appellants/Cross-Appellees, | § | No. 08-12-00372-CV |
| v. | § | Appeal from the |
| SOMBRERO OIL AND GAS COMPANY, L.L.C., | § § | 143rd Judicial District Court |
| Appellee/Cross-Appellant. | § § | of Ward County, Texas (TC# 11-11-22720-CVW) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

We further order that Appellee/Cross-Appellant recover from Appellants/Cross Appellees and their sureties on the supersedeas bond, the amount of judgment, and that Appellee/Cross-Appellant recover from Appellants/Cross Appellees all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF MAY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.